# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Juan Macias-Lopez,<br>(A206 442 052)<br>*Defendant* | )<br>)<br>)  Case No. 17-578MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of November 6, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), a felony, and Title 8, U.S.C. § 1325(a)(2) a class B misdemeanor, an offense described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: SAUSA Brett A. Day for AUSA Sean Lokey

☒ Continued on the attached sheet.

*Complainant's signature*
Valery Lozano,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: November 17, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Michelle H. Burns,
United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### Count 1

On November 6, 2017, Juan Macias-Lopez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about April 4, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), a felony.

### Count 2

On November 6, 2017, at or near Phoenix, in the District of Arizona, Juan Macias-Lopez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2), a class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On November 6, 2017, Juan Macias-Lopez was booked into the Maricopa County Jail (MCJ) by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Macias-Lopez was examined by ICE Officer K. Madill who determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On November 15, 2017, Macias-Lopez was released from the MCJ and then transported to the Phoenix ICE office for further investigation and processing. Macias-Lopez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Juan Macias-Lopez to be a citizen of Mexico and a previously deported criminal alien. Macias-Lopez was removed from the United States to Mexico at or near Del Rio, Texas, on or about April 4, 2014, pursuant to the

reinstatement of an order of removal issued by an immigration judge. There is no record of Macias-Lopez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Macias-Lopez immigration history was matched to him by electronic fingerprint comparison.

4. Furthermore, there is no record of Juan Macias-Lopez in any Department of Homeland Security database to suggest that after his last removal from the United States he entered the United States at an official Port of Entry. Had Macias-Lopez presented himself at a Port of Entry, Department of Homeland Security records likely would reveal that information. Accordingly, your affiant believes that Macias-Lopez entered the United States at a location not designated as an official Port of Entry, and thereby eluded examination and inspection by Immigration Officers of the United States. Macias-Lopez immigration history was matched to him by electronic fingerprint comparison.

5. On November 15, 2017, Juan Macias-Lopez was advised of his constitutional rights. Macias-Lopez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 6, 2017, Juan Macias-Lopez, an alien, was found in the United States

of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about April 4, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and on November 6, 2017, at or near Phoenix, in the District of Arizona, Macias-Lopez, an alien, did elude the examination or inspection by immigration officers in violation of Title 8, United States Code, Section 1325(a)(2).

_____
Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 17th day of November, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge